RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
701 BRIDGER AVENUE SUITE 820
LAS VEGAS, NEVADA 89101
(702) 853-4500

RECEIVED
AND

JUL 26 10 53 AM '10

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE: )            BK-S-08-22567-MKN
DEPERIO, LYDIA R. )        Chapter 13
DEPERIO, NETO C. (DECEASED) )
)            **NOTICE OF UNCLAIMED FUNDS**
)

TO:   Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS613300 |
|---|---|---|---|
| 29 | RETAIL SERVICES BEST BUY P.O. BOX 60148 CITY OF INDUSTRY, CA 91716 | | $1500.00 |
| | Totals | | $1500.00 |

Date: 07232010

RICK A. YARNALL, TRUSTEE
Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

Reason: Case dismissed on 6-2-10. There is an Adequate Protection per Plan for this creditor, however, no proof of Claim has been filed. Sent to Unclaimed Funds.

196764 - $1,500.00